IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MORETTO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-04-6158 LJO<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF** |

　　　　Plaintiff Mary Moretto ("plaintiff") proceeds pro se and in forma pauperis in this action seeking judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

　　　　This Court issued its August 25, 2004 Scheduling Order to require plaintiff to file and serve an opening brief within 30 days of the letter brief of defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner"). This Court issued its March 30, 2005 Order Regarding Plaintiff's Papers to further explain to plaintiff that plaintiff's opening brief is due within 30 days after SSA's letter brief. The March 30, 2005 order advised plaintiff that "**failure to file an opening brief within 30 days after service of the Commissioner's letter brief will result in dismissal of this action**." (Bold in original.)

　　　　The U.S. Attorney for the Eastern District of California represents the Commissioner in this action and informed this Court that the Commissioner served plaintiff a confidential letter brief on May

24, 2005. As such, the deadline to file and serve plaintiff's opening brief has passed. Plaintiff has filed no opening brief in compliance with this Court's orders.

Accordingly, this Court ORDERS plaintiff, no later than July 8, 2005, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file an opening brief and to comply with this Court's orders. This Court will vacate this order to show cause if plaintiff files and serves her opening brief no later than July 8, 2005.

**Plaintiff is admonished that failure to timely comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:     June 27, 2005**                              /s/ Lawrence J. O'Neill
66h44d                                                    UNITED STATES MAGISTRATE JUDGE