IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MORETTO, | CASE NO. CV-F-04-6158 LJO |
| Plaintiff, | **ORDER TO GRANT EXTENSION TO FILE OPENING BRIEF** |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. / | |

Plaintiff Mary Moretto ("plaintiff") proceeds pro se and in forma pauperis in this action seeking judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.  This Court issued it June 28, 2005 order to require plaintiff, no later than July 8, 2005, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file an opening brief and to comply with this Court's orders.  Plaintiff sent this Court a July 1, 2005 letter to request a 30-day extension.

This Court GRANTS plaintiff an extension to August 8, 2005 to file an opening brief.

**Plaintiff is admonished that failure to timely comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   July 8, 2005**                      /s/ Lawrence J. O'Neill
66h44d                                         UNITED STATES MAGISTRATE JUDGE

1