# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MORETTO,<br><br>            Plaintiff,<br><br>     vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | CASE NO. CV-F-04-6158 LJO<br><br>**SECOND ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF** |

Plaintiff Mary Moretto ("plaintiff") proceeds pro se and in forma pauperis in this action seeking judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

This Court issued its August 25, 2004 Scheduling Order to require plaintiff to file and serve an opening brief within 30 days of the letter brief of defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner"). This Court issued its March 30, 2005 Order Regarding Plaintiff's Papers to further explain to plaintiff that plaintiff's opening brief is due within 30 days after the Commissioner's letter brief. The March 30, 2005 order advised plaintiff that "**failure to file an opening brief within 30 days after service of the Commissioner's letter brief will result in dismissal of this action**." (Bold in original.)

The U.S. Attorney for the Eastern District of California represents the Commissioner in this action and informed this Court that the Commissioner served plaintiff a confidential letter brief on May

24, 2005. In the absence of plaintiff's opening brief, this Court issued its June 28, 2005 order to require plaintiff, no later than July 8, 2005, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file an opening brief and to comply with this Court's orders. The June 28, 2005 order to show cause admonished plaintiff "**that failure to timely comply with this order will result in dismissal of this action.**" (Bold in original.)

With her July 1, 2005 letter, plaintiff requested a 30-day extension to file her opening brief. This Court's July 8, 2005 order granted plaintiff an extension up to August 8, 2005 to file an opening brief. The July 8, 2005 order admonished plaintiff "**that failure to timely comply with this order will result in dismissal of this action.**" (Bold in original.) In disregard of this Court's orders, plaintiff has failed to file an opening brief.

Accordingly, this Court ORDERS plaintiff, no later than August 24, 2005, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file an opening brief and to comply with this Court's orders. **Plaintiff is admonished that this is a final warning and that failure to timely comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   August 10, 2005**            /s/ Lawrence J. O'Neill
66h44d                                   UNITED STATES MAGISTRATE JUDGE